JUDGE SULLIVAN

07 CIV 9250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNION FAITH MARINE CO. LTD.,

                Plaintiff,

  - against -

SOUTHBAY SHIPPING LTD. and SILVER UNION
GROUP LIMITED,

                Defendants.
------------------------------------------------------------X

07 CV _____

ECF CASE

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 16, 2007
       New York, NY

                The Plaintiff,
                UNION FAITH MARINE CO. LTD.

                By: _____
                Kevin J. Lennon
                Nancy R. Peterson
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Avenue, Suite 300
                New York, NY 10170
                (212) 490-6050 - phone
                (212) 490-6070 - fax
                kjl@lenmur.com
                nrp@lenmur.com