CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNION FAITH MARINE CO. LTD.,                  :
                                              :
                Plaintiff,                    :     **07-CV-9250**
                                              :
        v.                                    :     **NOTICE OF**
                                              :     **APPEARANCE**
SOUTHBAY SHIPPING LTD. and SILVER             :
UNION GROUP LIMITED,                          :
                                              :
                Defendants.                   :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        November 13, 2007

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

By: _____
                Richard J. Reisert (RR-7118)
                7800 River Road
                North Bergen, NJ  07047
                Tel: (201) 537-1200
                Fax: (201) 537-1201
                Email:  reisert@navlaw.com