Lennon, Murphy & Lennon, LLC

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 2, 2008

April 1, 2008

**MEMO ENDORSED**

<u>Via Email</u>
Hon. Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007-1581

    Re:   *Union Faith Marine Co. Ltd. v. Southbay Shipping Ltd et al.*
          Docket No. 07 CV 9250 (RJS)
          Our Ref: 07-1250

Dear Judge Sullivan:

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We submit the below as a status report in accord with your Honor's Order dated March 11, 2008 and apologize for not timely submitting the same.

    On October 17, 2007, your Honor issued an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained in the district.

    As Defendant has not appeared and no property has been attached, we respectfully request a sixty (60) day adjournment of the pre-trial conference scheduled for April 3, 2008 at 4:00 p.m. during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant. In the event funds are attached and the Defendant appears in this action we will promptly submit a proposed Case Management Plan.

    Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment.

*[Handwritten endorsement:]* Request granted. No further extensions will be granted absent truly compelling circumstances.

SO ORDERED
Dated: 4/2/08
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs

*[Handwritten:]* Conference adjourned to June 5 @ 4:30 pm. Status letter and Case Management Plan Due May 28.

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy