SULLIVAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNION FAITH MARINE CO. LTD.,

        Plaintiff,

- against -

SOUTHBAY SHIPPING LTD. and SILVER UNION
GROUP LIMITED,

        Defendants.

------------------------------------X

07 CV 9250 (RJS)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: June 5, 2008
      New York, NY

The Plaintiff,
UNION FAITH MARINE CO. LTD.

By: _____
Kevin J. Lennon
Lennon, Murphy & Lennon, LLC
The GrayBar BuildingPlaintiff, JINBAO I
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
kjl@lenmur.com

SO ORDERED:

_____
U.S.D.J.
6/9/08